■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v AMINDERJIT S. GAKHAL, Respondent

Upon a review of the record we do not find that reinstatement of the indictment is warranted. Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.